UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> CARRIE GAGE, individually, and as the representative of the ESTATE OF GARY G. GAGE, <br>     Defendants. | No. 2:18-cv-00296-SAB <br><br> **ORDER DISMISSING CASE; CLOSING FILE** |

    In response to the Court's Show Cause Order, ECF No. 7, Plaintiff filed a Notice of Voluntary Dismissal, ECF No. 8, indicating it is dismissing the action without prejudice. No responsive pleading has been filed.

//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Pursuant to Plaintiff's Notice of Voluntary Dismissal, ECF No. 8, the above-captioned case is **dismissed** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 30th day of July 2019.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE; CLOSING FILE** ~ 2